[No. 32148-7-III. Division Three. September 22, 2015.]

BELEN CASTRO, *Appellant*, v. VIRGIL BUSHMAN ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-2-00218-4, Susan L. Hahn, J., entered November 26, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 32377-3-III. Division Three. September 22, 2015.]

PERFORMANCE CONTRACTING, INC., *Appellant*, v. THE
DEPARTMENT OF LABOR AND INDUSTRIES,
*Respondent*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 13-2-00073-4, John F. Strohmaier, J., entered March 21, 2014. *Reversed* and *remanded* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 32165-7-III. Division Three. September 24, 2015.]

JOHNSON BROTHERS CONTRACTING, INC., *Appellant*, v. CHARLES
L. BLEVINS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-2-03133-8, Douglas L. Federspiel, J., entered November 1, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ.